# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAHUART SAHAGUN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-00539-JAD-GWF

**ORDER**

Respondents having submitted a motion for enlargement of time (first request) (#7), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#7) is **GRANTED**. Respondents shall have through December 3, 2014, to file and serve an answer or other response to the petition (#6).

DATED: October 22, 2014

                                                                           
JENNIFER A. DORSEY
United States District Judge