# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAHUART SAHAGUN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-00539-JAD-GWF

**ORDER**

    Petitioner having submitted a motion for enlargement of time (#20), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (#20) is **GRANTED**. Petitioner shall have through April 27, 2015, to file and serve a response to the motion to dismiss (#14).

    Dated: April 14, 2015.

    _____
    JENNIFER A. DORSEY
    United States District Judge